UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES – GENERAL

| | |
|---|---|
| Case No. **CV 25-3670-MWF (JPR)** | Date: May 27, 2025 |
| Title **Stephen Yang v. Real Ones Content, LLC** | |

Present: The Honorable: MICHAEL W. FITZGERALD, United States District Judge

| Rita Sanchez | Not Reported |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Plaintiffs: | Attorneys Present for Defendants: |
|---|---|
| Not Present | Not Present |

**Proceedings:** (IN CHAMBERS) ORDER TO SHOW CAUSE

On May 21, 2025, Defendant Real Ones Content, LLC filed an Answer to the Complaint. (Docket No. 11). Defendant is a limited liability company.

Individual litigants may represent themselves pro se, but corporations and associations must be represented by counsel. *See Church of the New Testament v. United States*, 783 F.2d 771, 773 (9th Cir. 1986) (unincorporated association); *In re Highley*, 459 F.2d 554, 555 (9th Cir. 1972) (corporations). In addition, a partner may not represent his or her own interest in a partnership pro se, and a sole shareholder may not represent a corporation. *See In re Am. West Airlines*, 40 F.3d 1058, 1059 (9th Cir. 1994) (per curiam) (partner); *United States v. High Country Broad Co., Inc.*, 3 F.3d 1244, 1245 (9th Cir. 1993) (per curiam) (shareholder).

In other words, Real Ones Content, LLC needs to be represented by a lawyer.

Accordingly, the Court **ORDERS** Defendant to show cause, in writing, on or before **June 27, 2025**, why Real Ones Content, LLC should not be required to retain counsel. The appearance of a lawyer for Defendant will be a sufficient response to discharge the Order to Show Cause.

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No.   **CV 25-3670-MWF (JPR)**                                              Date:  May 27, 2025

Title   **Stephen Yang v. Real Ones Content, LLC**

    No oral argument on this matter will be heard unless otherwise ordered by the Court.  *See* Fed. R. Civ. P. 78; Local Rule 7-15.  The Order will stand submitted upon the filing of the response to the Order to Show Cause.  Defendant's failure to respond to the Order to Show Cause by **June 27, 2025**, will result in striking of the Answer.  Plaintiff Yang would then be free to seek a default judgment.

    IT IS SO ORDERED.

    Parties in court without a lawyer are called "*pro se* litigants."  These parties often face special challenges in federal court.  Public Counsel runs a free Federal Pro Se Clinic where *pro se* litigants can get information and guidance.  The Clinic is located at the Roybal Federal Building and Courthouse, 255 East Temple Street, Los Angeles, CA 90012.  *Pro se* litigants must call or submit an on-line application to request services as follows:  on-line applications can be submitted at http://prose.cacd.uscourts.gov/los-angeles, or call (213) 385-2977, ext. 270.